UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN P. BRAZELTON, et al., | No. 2:24-mc-0461 DAD AC |
| Plaintiffs, | |
| v. | ORDER |
| ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., et al., | |
| Defendants. | |

Pending before the court is plaintiffs' motion to compel nonparty Sutter Health to comply with a subpoena duces tecum. ECF No. 1. This discovery matter was referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1). Plaintiff Steven Brazelton is an attorney licensed in California appearing on behalf of himself, and plaintiff Nathalie Huynh is appearing in pro per, though she is a licensed attorney in Nevada. ECF No. 1 at 1, 4.

Plaintiffs filed this motion on November 21, 2024, and no action has been taken since filing. This miscellaneous case arises out of an ongoing case by the same name in the District of Nevada (Case No. 2:24-cv-00994-BNW). When plaintiffs filed this miscellaneous case they did not list the responding party, Sutter Health, on the docket, nor did they supply the court any contact information for Sutter Health. The certificate of service indicates that plaintiffs mailed a copy of the motion to "SUTTER HEALTH Attn: Resident Agent: CSC, 2710 Gatweay Oaks

1

1  Drive, Sacramento, CA 95833." ECF No. 1 at 5.

2  Considering the passage of time and the lack of clarity regarding Sutter Health's notice of
3  this miscellaneous action, plaintiffs are ORDERED to provide a status report to the court within
4  14 days. Plaintiffs shall update the court regarding the status of the pending motion and any
5  communications they have had with respondent Sutter Health since this case was filed. To the
6  extent plaintiffs are aware of respondent's counsel's contact information, plaintiffs shall provide
7  that to the court.

8  IT IS SO ORDERED.

9  DATE: July 25, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE